[Nos. 71354-0-I; 71355-8-I;     Division One.     March 9, 2015.]
71356-6-I; 71357-4-I;
71358-2-I; 71359-1-I.

*In the Matter of the Dependency of* DV.R. ET AL.

LAN TRAN, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeals from a judgment of the Superior Court for King County, Nos. 13-7-04053-9, 13-7-04054-7, 13-7-04055-5, 09--7-00538-7, 09-7-00537-9, and 09-7-00539-5, Julia L. Garratt, J., entered December 2, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Appelwick, JJ.

[No. 71393-1-I.     Division One.     March 9, 2015.]

THE STATE OF WASHINGTON, *Respondent,* v. BREE ANN SMITH BRAZILLE, *Appellant.*

Appeal from judgments of the Superior Court for King County, No. 13-1-02508-2, Patrick H. Oishi and Elizabeth J. Berns, J., entered September 25 and December 18, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Lau, J.

[No. 71422-8-I.     Division One.     March 9, 2015.]

VITO DEGRANDIS, *Respondent,* v. JAMES STANFORD ET AL., *Defendants,* JANE DOE (KRISTENE) STANFORD, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-2-03024-3, Deborra Garrett, J., entered December 13, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Lau, J.